**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**TRACY B.,**

      **Plaintiff,**      **:**

                        **Case No. 2:25-cv-490**
     **v.**                   **Chief Judge Sarah D. Morrison**
                        **Magistrate Judge S. Courter M.**
**COMMISSIONER OF**       **Shimeall**
**SOCIAL SECURITY,**

                  **:**

      **Defendant.**

**<u>ORDER</u>**

This matter is before the Court on the Report and Recommendation ("R&R") issued by the Magistrate Judge on April 23, 2026. (ECF No. 13.) The R&R notified the parties of their right to object to that recommendation and of the consequences of failing to do so. (*Id.*, PAGEID # 828.) The time for filing objections has passed, and no objections have been filed.

Accordingly, the Court **ADOPTS** and **AFFIRMS** the R&R without conducting a *de novo* review. For the reasons set forth therein, Plaintiff's Statement of Errors (ECF No. 9) is **OVERRULED**, and the Commissioner's decision is **AFFIRMED**. The Clerk **SHALL** enter judgment for the Commissioner and terminate this case from the docket.

      **IT IS SO ORDERED.**

                        /s/ Sarah D. Morrison
                        **SARAH D. MORRISON, CHIEF JUDGE**
                        **UNITED STATES DISTRICT COURT**